IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL S. SACCA,<br><br>               Defendant. | 4:11CR3140<br><br>**DETENTION ORDER** |

The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a), that he will appear at all court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the evidence presented in court and contained in the court's records, including the fact that after defendant's plea of guilty was been accepted and while awaiting sentencing, the defendant drove under the influence of alcohol and struck a parked car.

IT IS ORDERED:

1)  The above-named defendant shall be detained until further order.

2)  The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

September 21, 2012.

                                                          BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge