IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3140 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| MICHAEL S. SACCA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on two memos issued by the clerk of the court. In the first memo (filing 61), the clerk inquires whether the defendant will be allowed to proceed in forma pauperis ("IFP") on appeal. In the second memo (filing 62), the clerk notes that the defendant's notice of appeal (filing 60) appears to be untimely and advises that the appeal will not be forwarded to the Eighth Circuit until a ruling has been made on the issue of timeliness. See *United States v. Anna*, 843 F.2d 1146, 1147 (8th Cir. 1988), abrogated by *United States v. Watson*, 623 F.3d 542 (8th Cir. 2010).

While the defendant's notice of appeal was not filed until 15 days after entry of judgment, and thus is untimely under Fed. R. App. P. 4(b), *Watson* holds that Rule 4(b) is a non-jurisdictional claim processing rule. The clerk therefore will be directed to forward the appeal to the United States Court of Appeals for the Eighth Circuit without this court first making a determination of whether there is good cause or excusable neglect for granting the defendant an extension of time to file a notice of appeal under Federal Rule of Appellate Procedure 4(b)(4).

Regarding the defendant's IFP status, the court finds that the defendant may proceed in forma pauperis on appeal because he was determined to be financially

unable to obtain an adequate defense in this criminal case and the appeal appears to be taken in good faith. *See* Fed. R. App. P. 24(a)(3).

Accordingly,

IT IS ORDERED that:

1. The defendant may proceed in forma pauperis on appeal.

2. The clerk of the court shall forward the appeal to the Eighth Circuit.

November 29, 2012.          BY THE COURT:

                            *Richard G. Kopf*
                            Senior United States District Judge