IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3140 |
| V. | ) | |
| MICHAEL S. SACCA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to amend (filing 74) is denied.

DATED this 21st day of May, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge